UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61798-CIV-SMITH

DIEDRICH THIESSEN,

        Plaintiff,

v.

RETROFITNESS, LLC,

        Defendant.
_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Plaintiff's Notice of Settlement [DE 9] indicating that Plaintiff's claims against Defendant have been settled. Upon consideration, it is hereby

**ORDERED** that

(1) The Parties shall file their Joint Stipulation of Dismissal on or before **February 28, 2024**. Failure to comply with this Order may result in the final dismissal of this case.

(2) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 8th day of February, 2024.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record